PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joseph Seagrave    Docket Number: 11-9094
    PACTS Number: 60959

Name of Sentencing Judicial Officer: HONORABLE ANTHONY R. MAUTONE
    UNITED STATES MAGISTRATE JUDGE

Date of Original Sentence: 03/31/11

Original Offense: Driving While Suspended

Original Sentence: 9 Months Probation (unsupervised); Fine $1,000.00 + $25 Processing Fee

Type of Supervision: Unsupervised Probation    Date Supervision Commenced: 03/31/11

Assistant U.S. Attorney: ~~Mark Barker~~    Defense Attorney: Pro Se
    Kurt Perhach, SAUSA

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states 'As a condition of supervision, you are instructed to pay a fine in the amount of $1,025; it shall be paid in the following manner: Shall be paid by 12/01/11. |
| 2 | The offender has violated the supervision condition which states '"It is ordered that the defendant pay to the United States a total special assessment of $5, which shall be due immediately. |

The offender has not paid the Special Assessment of $5 or Fine as ordered.

I declare under penalty of perjury that the foregoing is true and correct.

PROB 12C - Page 2

By: R. Zapata for Joseph Seagrave
Joann Barberio, Supervisor
U.S. Probation Officer
Date: 12/6/11

## THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 1/26/2012
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

12/12/11
_____
Date